H. NORMAN SCHWARZKOPF, APPELLANT, v. THE STATE HOUSE COMMISSION ET AL., RESPONDENTS.

Submitted October 25, 1940—Decided January 3, 1941.

For the appellant, *John E. Toolan.*

For the respondents, *David T. Wilentz,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, DONGES, HEHER, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—None.